## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

441 SMITHFIELD STREET, LLC,

            Respondent

         v.

441 SMITHFIELD PITTSBURGH, LLC,

            Petitioner

: No. 39 WAL 2023
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

      **AND NOW**, this 26th day of September, 2023, the Petition for Allowance of Appeal and Application for Leave to File a Reply in Support of Petition for Allowance of Appeal are **DENIED**.